IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MISSCO CONTRACT SALES, LLC                                          PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:08CV-287-TSL-JCS

JASTEV CASEWORK COMPANY                                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court, having considered the joint *ore tenus* motion of the Plaintiff and the Defendant to dismiss this cause of action without prejudice, hereby finds that the motion should be and is hereby granted. It is, therefore, ordered and adjudged that this cause of action is hereby dismissed without prejudice.

This the 23rd day of April, 2009.

                                                        /S/ TOM S. LEE
                                                        SENIOR UNITED STATES DISTRICT
                                                        COURT JUDGE

AGREED TO BY:

/s/Richard M. Dye
Richard M. Dye
Phil B. Abernethy
ATTORNEYS FOR PLAINTIFF

/s/Ronnie L. Walton
Ronnie L. Walton
ATTORNEY FOR DEFENDANT